1  BENJAMIN B. WAGNER
   United States Attorney
2  HEATHER MARDEL JONES
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

FILED
JUL 0 2 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

6  Attorneys for Plaintiff
   United States of America
7

8             IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | 1:13-CV-00692-AWI-SMS
12 |         Plaintiff,                | **ORDER REGARDING CLERK'S
                                         ISSUANCE OF WARRANT FOR ARREST
13 |    v.                             | OF ARTICLES *IN REM***
14 | APPROXIMATELY $61,308.00 IN U.S.  |
   | CURRENCY,                         |
15 |                                   |
   |         Defendant.                |
16

17

18     WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on May 10,

19  2013, in the United States District Court for the Eastern District of California, alleging

20  that defendant approximately $61,308.00 in U.S. Currency (hereafter "defendant

21  currency"), is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6),

22  for one or more violations of 21 U.S.C. §§ 841 *et seq.*;

23     And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In*

24  *Rem* and the affidavit of Drug Enforcement Administration Special Agent Travis Kreis,

25  there is probable cause to believe that the defendant currency so described constitutes

26  property that is subject to forfeiture for such violation(s), and that grounds for the

27

28

Order Regarding Clerk's Issuance of Arrest Warrant of          1
Articles *In Rem*

issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant currency.

Dated: 7/7/13

GARY S. AUSTIN
United States Magistrate Judge

Order Regarding Clerk's Issuance of Arrest Warrant of Articles *In Rem*        2