```
BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```



FILED
MAY 6 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>APPROXIMATELY $61,308.00 IN U.S. CURRENCY,<br><br>                    Defendant. | CASE NO. 1:13-CV-00692-AWI-SMS<br><br>**FINAL JUDGMENT OF FORFEITURE** |

Pursuant to the Stipulation for Final Judgment of Forfeiture filed on May 5, 2014, the Court finds:

1. This is a civil forfeiture action against Approximately $61,308.00 in U.S. Currency (hereafter "defendant currency").

2. A Verified Complaint for Forfeiture *In Rem* was filed on May 10, 2013, alleging that said defendant currency is subject to forfeiture to the United States of America pursuant to 21 U.S.C. §881(a)(6).

3. On July 2, 2013, the Clerk of the Court issued a Warrant for Arrest for the defendant currency. The warrant for the defendant currency was duly executed on July 10, 2013.

4. Beginning on May 21, 2013, for at least 30 consecutive days, the United States published notice of this action on the official government forfeiture site www.forfeiture.gov. A

Final Judgment of Forfeiture                                    1

1 | Declaration of Publication was filed with the Court on November 22, 2013.

2 |     5. In addition to public notice on the official internet government forfeiture site
3 | www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:
4 |         a. Pablo Castro
5 |         b. Richard Beshwate, Jr., Attorney at Law
6 |     6. On August 29, 2013, Pablo Castro filed a Verified Claim to the defendant
7 | currency. On the same date, Pablo Castro filed his Answer to the Verified Complaint for
8 | Forfeiture *In Rem*.
9 |     7. Claimant Pablo Castro states that he is the sole owner of the defendant currency
10 | and has authority to enter into this agreement.
11 |     8. No other parties have filed claims or answers in this matter, and the time for which
12 | any person or entity may file a claim and answer has expired.
13 |     Based on the above findings, and the files and records of the Court, it is hereby
14 |     ORDERED AND ADJUDGED that:
15 |     1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by
16 | and between the parties to this action (Doc. No. 18-1).
17 |     2. Judgment is hereby entered against Claimant Pablo Castro and all other
18 | potential claimants who have not filed claims in this action.
19 |     3. Upon entry of a Final Judgment of Forfeiture herein $46,308.00 in U.S. Currency of
20 | the defendant currency, together with any interest that may have accrued on the full amount
21 | of the defendant currency, shall be forfeited to the United States pursuant to 21 U.S.C. §
22 | 881(a)(6), to be disposed of according to law.
23 |     4. Within 60 days from the full execution of the Stipulation and entry of the Final
24 | Judgment of Forfeiture, $15,000.00 of the defendant currency, shall be returned to Claimant
25 | via his counsel of record, Mr. Richard Beshwate, Jr., at 2020 Tulare Street, Suite A, Fresno,
26 | CA 93721.
27 |     5. Plaintiff United States of America and its servants, agents, and employees,
28 | and all other Public entities, their servants, agents, and employees, are released from any and

Final Judgment of Forfeiture        2

all liability, arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed. Claimant has waived the provisions of California Civil Code § 1542.

6. Pursuant to the stipulation of the parties, and the allegations set forth in the Complaint filed on or about May 10, 2013, the Court finds that there was reasonable cause for the seizure and arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

7. Pursuant to the Stipulation for Final Judgment of Forfeiture entered into between the parties, no party "substantially prevailed" within the meaning of 28 U.S.C. § 2465. All parties shall bear their own costs and attorney's fees.

8. The Court shall maintain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

SO ORDERED THIS 6th day of May, 2014

ANTHONY W. ISHII
Senior United States District Judge

### CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed May 10, 2013, and the Stipulation for Final Judgment of Forfeiture filed herewith, this Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the defendant currency, and for the commencement and prosecution of this forfeiture.

Dated: 5-6-14

ANTHONY W. ISHII
Senior United States District Judge